United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 30, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-41156
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABELARDO SANCHEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-326-1
--------------------

Before HIGGINBOTHAM, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD) appointed to represent appellant, former federal prisoner # 77283-079 Abelardo Sanchez, has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Sanchez has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in Sanchez's appeal from the revocation of his supervised release, the sentence therefor having been completely served. See <u>United States v. Clark</u>, 193 F.3d 845, 847-48 (5th Cir. 1999) (dismissal for mootness). Accordingly,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities herein, and the APPEAL IS DISMISSED.